Marc J. Randazza (CA Bar No. 269535)
Alex J. Shepard (CA Bar No. 295058)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants Dirty World, LLC
and Dirty World Entertainment Recordings LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURE ENERGY SERVICES INC. and ERIN GARDINER,<br><br>Plaintiffs,<br><br>v.<br><br>DIRTY WORLD, LLC and DIRTY WORLD ENTERTAINMENT RECORDINGS LLC,<br><br>Defendants. | Case No. 2:20-cv-4055<br><br><br><br>**NOTICE OF REMOVAL** |

**TO: THE CLERK OF THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PLEASE TAKE NOTICE that Defendants Dirty World, LLC and Dirty World Entertainment Recordings LLC hereby remove to this Court the state action described below. Defendants give notice that this action is removed to the United States District Court for the Central District of California from the Superior Court of the State of

California, County of Los Angeles.  This Notice is filed pursuant to 28 U.S.C. § 1441(a), and the basis for removal is federal question jurisdiction pursuant to 28 U.S.C. § 1331 and diversity of citizenship under 28 U.S.C. § 4103.

## BACKGROUND

1. On April 7, 2020, Plaintiffs Secure Energy Services Inc. and Erin Gardiner filed their Complaint for Enforcement of a Foreign Judgment in the Superior Court of the State of California, County of Los Angeles, Case No. 20STCP01293.  A true and correct copy of the Complaint and the other documents filed thus far in this action are attached hereto as *Exhibits 1 & 2*.

2. Plaintiffs alleged defamation via the internet by Defendant in securing a foreign judgment against Defendants in the Court of the Queen's Bench of Alberta, Calgary, Alberta, Canada on or about November 27, 2019 (the "Foreign Judgment").

3. Because the Foreign Judgment at issue relates to a defamation claim against a provider of interactive computer services, it is subject to scrutiny under the Securing the Protection of Our Enduring and Established Constitutional Heritage ("SPEECH") Act, 28 U.S.C. § 4101, *et seq*.  Furthermore, there is complete diversity between Plaintiff and all Defendants, and the amount in controversy exceeds $75,000.  The U.S. District Court for the Central District of California is the proper venue for this case.

## STATUTORY REQUIREMENTS

4. Removal is only appropriate for cases that might have originally been brought in federal court.  *See* 28 U.S.C. § 1441(a).

5. 28 U.S.C. § 1331 provides that federal "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. Here, Plaintiffs' Complaint for Enforcement of a Foreign Judgment is restrained by the laws of the United States, specifically 28 U.S.C. § 4101, *et seq.* This Court has original jurisdiction over that claim for relief.

7. Further, 28 U.S.C. § 4103 allows for removal of defamation-based actions that fall under 28 U.S.C. § 4101, *et seq.* where there is diversity among the plaintiffs and defendants. Here, Plaintiffs are residents of Canada, and Defendants are residents of California and Delaware.

8. While not required under 28 U.S.C. § 4103, the amount in controversy in this action exceeds the $75,000 threshold of 28 U.S.C. § 1332, because the judgment sought is for $201,633.04 plus interest.

## PROCEDURAL REQUIREMENTS

9. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is signed subject to Rule 11 of the Federal Rules of Civil Procedure.

10. Pursuant to 28 U.S.C. § 1446(a), Defendants file this Notice of Removal in the U.S. District Court for the Central District of California, which is the federal district court embracing the Superior Court of the State of California, County of Los Angeles, where Plaintiffs brought this action.

11. This matter was filed on April 7, 2020, and Defendants were served with notice of the action and with the Complaint on April 20, 2020. Service constituted their first notice of filing. Therefore, removal is timely pursuant to 18 U.S.C. § 1446(b).

12. Defendants Dirty World, LLC and Dirty World Entertainment Recordings LLC are presently the only named Defendants in this lawsuit, and both consent to removal of this case.

13. Pursuant to 18 U.S.C. § 1446(d), Defendants will promptly serve on Plaintiff and file with the state court a Notice to Plaintiff of Removal to Federal Court, informing Plaintiff that the matter has been removed to federal court.

## CONCLUSION

WHEREFORE, this action should proceed in the U.S. District Court for the Central District of California as an action properly removed thereto.

Dated: May 1, 2020.    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (CA Bar No. 269535)
Alex J. Shepard (CA Bar No. 295058)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Defendants*
*Dirty World, LLC and Dirty World*
*Entertainment Recordings LLC*

Case No. 2:20-cv-4055

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via electronic mail and U.S. Mail to the attorneys listed below:

Perry L. Glantz
**STINSON LLP**
6400 S. Fiddlers Green Circle, Suite 109
Greenwood Village, CO 80111
<perry.glantz@stinson.com>

*Attorney for Plaintiffs*
*Secure Energy Services Inc.*
*and Erin Gardiner*

Respectfully Submitted,

Employee,
Randazza Legal Group, PLLC