# EXHIBIT 1

Complaint

*Secure Energy Services Inc., et al., v.*
*Dirty World, LLC, et al.*

Superior Court of California
County of Los Angeles

Case No. 20STCP01293

Electronically FILED by Superior Court of California, County of Los Angeles on 04/07/2020 03:04 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk

Case 2:20-cv-04053   Document 1   20STCP01293   Page 2 of 36   Page ID #:10

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer:

STINSON LLP
PERRY L. GLANTZ - # 226471
perry.glantz@stinson.com
6400 S. Fiddlers Green Circle
Suite 1900
Greenwood Village, Colorado 80111
Telephone:     303.376.8400
Facsimile:     303.376.8439

Secure Energy Services Inc. and Erin Gardiner

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| Secure Energy Services Inc. and Erin Gardiner, Plaintiffs<br><br>v.<br><br>Dirty World, LLC; Dirty World Entertainment Recordings LLC, Defendant | Case No. 20STCP01293<br><br>**COMPLAINT FOR ENFORCEMENT OF FOREIGN JUDGMENT**<br><br>Honorable |

Plaintiff complains of Defendant and for cause of action alleges:

1. At all times mentioned herein Plaintiffs were and now are citizens and residents of the Country of Canada.

2. On July 22, 2019, Plaintiffs commenced an action in the Court of Queen's Bench Alberta in Calgary, Alberta against Defendants, Dirty World, LLC and Dirty World Entertainment Recordings LLC, for money damages arising out of Defendants' publication of libelous statements in a public forum on the website, www.TheDirty.com.

3. Defendants were served at Dirty World Entertainment Recordings LLC, 4519 Los Feliz Blvd #302, Los Angeles, California, USA 90027 and Dirty World, LLC 3411 Silverside Road, Tatnall Building Ste 104, Wilmington, Delaware, USA 19810 and thereafter failed to file a response to the suit. A copy of the Affidavit of Service is attached hereto as Exhibit A, made a part hereof and incorporated by reference. Accordingly, it was determined by the court that Plaintiff was entitled to a money judgment against Defendant in the sum of $201,633.04. A copy of the judgment, duly certified and authenticated is attached hereto as Exhibit B, made a part hereof and incorporated by reference.

4. Defendants are residents of the State of California. Plaintiff is informed and believes and therefore alleges that their principal place of business is within the County of Los Angeles.

Stinson LLP
6400 S. Fiddlers Green Circle
Suite 1900
Greenwood Village, Colorado 80111
303.376.8400

CORE/2069879.0067/158433623.1

1 | 5. The judgment is final and remains unpaid and is due and owing.

2

3 | Wherefore, Plaintiff prays:

4 | 1. That the judgment of the Court of Queen's Bench Alberta, Calgary, Alberta, Canada be recognized as a valid judgment for Plaintiffs and be entered as a California judgment;

5

6 | 2. That Plaintiffs recover their costs of suit; and

7 | 3. For such other and further relief as the court deems just and proper.

8

9 | Dated: April 7, 2020

STINSON LLP

Perry L. Glantz Atty. No. 226471
6400 S. Fiddlers Green Circle, Suite 1900
Greenwood Village, CO 80111
Telephone: (303) 376-8400
perry.glantz@stinson.com
Attorney for Plaintiff

Secure Energy Services Inc. and Erin Gardiner

Stinson LLP
6400 S. Fiddlers Green Circle
Suite 1900
Greenwood Village, Colorado 80111
303.376.8400

CORE/2069879.0067/158433623.1

1   State of Colorado

2

3

4   County of Arapahoe

5   Perry L. Glantz, being first duly sworn, deposes and says: that he is an Attorney at Law, duly
    admitted to practice before the Courts of the State of California and has his professional offices at
6   6400 S. Fiddlers Green Circle, Suite 1900, Greenwood Village, Colorado; that he is the Attorney
    for Plaintiff in the above-entitled action; that Plaintiff is absent from the County where affiant has
7   his office and affiant therefore makes this verification on behalf of Plaintiff; that he has read the
    foregoing complaint and knows the contents thereof; that he is informed and believes the matters
8   therein stated are true and on that ground alleges that the matters stated therein are true.

9

10  _Perry Glantz_
    ━DocuSigned by:
    ━28101DE7D8A24C5...

11  Perry L. Glantz
    Attorney for Plaintiff

12                                                        04/01/2020

13  SIGNED AND SWORN to (or affirmed) before me this 1st day of April 2020 by Perry L.
    Glantz.

14

15                                                  ━DocuSigned by:
                                                    _Kristen D Perkins_
16                                                  ━529DDC26CDE9462...
                                                        Notary Public

17                                                  My Commission Expires 01/13/2024

18
        ┌─────────────────────────────────────┐
        │      KRISTEN D. PERKINS              │
19      │      NOTARY PUBLIC                   │
        │      STATE OF COLORADO               │
20      │      Notary ID: 20204001650          │
        │      My commission expires 1/13/2024 │
        │                                      │
21      │  DAN#:   20204001650-583247          │
        └─────────────────────────────────────┘

22

23

24

25

26

27

28

                                3
                            COMPLAINT
                            Case No.

Stinson LLP
6400 S. Fiddlers Green Circle
Suite 1900
Greenwood Village, Colorado 80111
303.376.8400

Exhibit A

Form 49
Rule 13.19

| | |
|---|---|
| COURT FILE NUMBER | 1901-10085 |
| COURT | Court of Queen's Bench of Alberta |
| JUDICIAL CENTRE | Calgary |
| PLAINTIFF | SECURE ENERGY SERVICES INC. and ERIN GARDINER |
| DEFENDANTS | DIRTY WORLD, LLC, DIRTY WORLD ENTERTAINMENT RECORDINGS LLC, JOHN DOE, JANE DOE and ABC CORPORATION |
| DOCUMENT | **AFFIDAVIT OF SERVICE** |
| ADDRESS FOR SERVICE AND CONTACT INFORMATION OF PARTY FILING THIS DOCUMENT | Gowling WLG (Canada) LLP 1600, 421 – 7th Avenue S.W. Calgary, AB  T2P 4K9  Telephone (403) 298-1000 Facsimile (403) 263-9193  File No.  06736727GEN  **Attention: Taryn Burnett / Katie Stys** |

CLERK OF THE COURT
FILED
SEP 24 2019
JUDICIAL CENTRE
OF CALGARY

| | |
|---|---|
| **AFFIDAVIT OF:** | Pamela Halla |
| **SWORN ON:** | September 24, 2019 |

---

I, Pamela Halla, of Alberta, SWEAR AND SAY THAT:

1.      I am employed as a legal assistant with the law firm Gowling WLG (Canada) LLP, counsel for the Plaintiffs, Secure Energy Services Inc. and Erin Gardiner (collectively, **"the Plaintiffs"**), and as such have personal knowledge of the matters deposed to in this

Affidavit, except where stated to be based on information and belief, in which case I believe the same to be true.

2.      On July 23, 2019, I placed the following documents into fully prepared, registered envelopes addressed to Dirty World Entertainment Recordings LLC at 4519 Los Feliz Blvd, Ste 302, Los Angeles, CA 90027 and to Dirty World LLC at 3411 Silverside Road Tatnall Building Ste 104, Wilmington, Delaware, USA 19810:

   (a)      letter from Katie Stys at Gowling WLG (Canada) LLP dated July 23, 2019;

   (b)      Statement of Claim, filed July 22, 2019;

   (c)      copy of the Order for Service *Ex-Juris*, filed July 22, 2019;

   (d)      Notice of Application for a Norwich Order, filed July 22, 2019;

   (e)      Affidavit of Erin Gardiner, filed July 22, 2019; and

   (f)      Order granted by the Honourable Justice Woolley directing the removal of the Post within 24 hours of service of the Order, filed July 23, 2019.

   (**collectively the "Application Material"**).

   A copy of the letters dated July 23, 2019, enclosing the Application Material are attached as **Exhibit "A"** to my Affidavit.

3.      Attached as **Exhibit "B"** to my Affidavit is the confirmation of delivery receipt from Purolator, indicating that the Application Material addressed to Dirty World LLC at 3411 Silverside Road Tatnall Building Ste 104, Wilmington, Delaware, USA 19810 was served on July 24, 2019 at 10:13 a.m.

4.      On September 12, 2019, the Application Material sent by recorded mail to Dirty World Entertainment Recordings LLC was returned as service could not be effected at the address. Attached as **Exhibit "C"** is a copy of the returned envelope.

5.      I am informed by Katie Stys, Barrister and Solicitor with Gowling WLG (Canada) LLP, legal counsel for the Plaintiffs, that as far is known the Defendants, Dirty World, LLC and Dirty World Entertainment Recordings, LLC. (collectively, **"Dirty World"**), own and operate the website www.TheDirty.com (**"TheDirty.com"**).

6.      I am informed from review of the Legal FAQ page on the TheDirty.com that court orders be sent to the following email address: legal@thedirty.com. Attached as **Exhibit "D"** to my Affidavit is a copy of the Legal FAQ page.

7.      On July 23, 2019, I served Dirty World with the Application Material by email to legal@dirtyworld.com. Attached as **Exhibit "E"** to my Affidavit is a copy of the email sent to legal@dirtyworld.com.

8.   I am informed by Ms. Stys that on July 23, 2019, she received an email from legal@thedirty.com advising, amongst other things, that "[w]e do not attorn to Canadian law." Attached as **Exhibit "F"** to my Affidavit is a copy of the email received from legal@dirtyworld.com.

9.   I am further informed by Ms. Stys that Dirty World has not contacted Gowling WLG since July 23, 2019.

SWORN BEFORE ME at the City of          )
Calgary, Alberta, this 24th day of          )
September, 2019.          )
          )
          )
          )
_____          )          _____
(Commissioner for Oaths in and for the          )          Pamela Halla
Province of Alberta)          )

NATASHA MOHR
A Commissioner for Oaths
in and for Alberta
My Commission Expires March 11, 20 21



**GOWLING WLG**

July 23, 2019

**Katie Stys**
Direct +1 403 298 1839
Direct Fax +1 403 695 3520
katie.stys@gowlingwlg.com
File no. 06736727GEN

**BY COURIER and EMAIL (legal@thedirty.com)**

Dirty World LLC
3411 Silverside Road Tatnall Building Ste 104,
Wilmington, Delaware, USA 19810

Dear Sirs:

**Re:  Court of Queen's Bench Action No. 1901-10085**
**Website Posting: Secure Energy Services and Erin Gardiner**

We are counsel for Erin Gardiner and Secure Energy Services Inc.

We enclose for service upon you as the following:

1.    filed Statement of Claim;

2.    filed copy of the Order for Service *Ex-Juris*;

3.    filed Notice of Application for a Norwich Order;

4.    filed Affidavit of Erin Gardiner, sworn July 21, 2019; and

5.    filed Order granted by the Honourable Justice Woolley directing the removal of the Post within
      24 hours of service of the Order.

The Statement of Claim was filed naming Dirty World, LLC and Dirty World Entertainment Recordings
LLC to enable us to get before the Court to obtain an Order directing the removal of the Post, and further
seeking a Norwich Order to disclose the identity of the party who submitted the statements contained in
the Post. Upon receiving confirmation that the Post has been removed, and following our application for
a Norwich Order, we will seek instructions to discontinue the action as against Dirty World, LLC and
Dirty World Entertainment Recordings LLC.

Please note that our Application will be heard on July 9, 2019 at 10:00 a.m. at the Calgary Courts Centre
in Justice Chambers.  Kindly advise as to your position with respect to our Application.  If you are not
going to oppose our Application, we will advise the Court.

Finally, you will note that we did not seek costs in respect of the enclosed Orders.

*[Handwritten stamp on right side:]*
This is Exhibit " A " referred to in the
Affidavit of
PAMELA HALLA
Sworn before me this ___ 24 ___ day
of ___ September ___ A.D. 20 19
_____
A Commissioner for Oaths in and for
the Province of Alberta

NATASHA MOHR
A Commissioner for Oaths
in and for Alberta
My Commission Expires March 11, 20 21

**Gowling WLG (Canada) LLP**
Suite 1600, 421 7th Avenue SW
Calgary AB  T2P 4K9 Canada

T +1 403 298 1000
F +1 403 263 9193
gowlingwlg.com

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm
which consists of independent and autonomous entities providing services around
the world. Our structure is explained in more detail at gowlingwlg.com/legal

06736727GEN\CAL_LAW\ 3400281\1



We look forward to receiving confirmation that the Post has been removed.

Yours truly,

Gowling WLG (Canada) LLP

Katie Stys

KAS/ph
Encl.

06736727GEN\CAL_LAW\ 340028 1\1



Katie Stys
Direct +1 403 298 1839
Direct Fax +1 403 695 3520
katie.stys@gowlingwlg.com
File no. 06736727GEN

July 23, 2019

**BY COURIER and EMAIL (legal@thedirty.com)**

Dirty World Entertainment Recordings LLC
4519 Los Feliz Blvd Ste 302
Los Angeles CA  90027

Dear Sirs:

**Re: Court of Queen's Bench Action No. 1901-10085**
**_____ Website Posting: Secure Energy Services and Erin Gardiner**

We are counsel for Erin Gardiner and Secure Energy Services Inc.

We enclose for service upon you as the following:

1.      filed Statement of Claim;

2.      filed copy of the Order for Service _Ex-Juris_;

3.      filed Notice of Application for a Norwich Order;

4.      filed Affidavit of Erin Gardiner, sworn July 21, 2019; and

5.      filed Order granted by the Honourable Justice Woolley directing the removal of the Post within 24 hours of service of the Order.

The Statement of Claim was filed naming Dirty World, LLC and Dirty World Entertainment Recordings LLC to enable us to get before the Court to obtain an Order directing the removal of the Post, and further seeking a Norwich Order to disclose the identity of the party who submitted the statements contained in the Post. Upon receiving confirmation that the Post has been removed, and following our application for a Norwich Order, we will seek instructions to discontinue the action as against Dirty World, LLC and Dirty World Entertainment Recordings LLC.

Please note that our Application will be heard on July 9, 2019 at 10:00 a.m. at the Calgary Courts Centre in Justice Chambers.  Kindly advise as to your position with respect to our Application.  If you are not going to oppose our Application, we will advise the Court.

Finally, you will note that we did not seek costs in respect of the enclosed Orders.

Gowling WLG (Canada) LLP
Suite 1600, 421 7th Avenue SW
Calgary AB  T2P 4K9 Canada

T +1 403 298 1000
F +1 403 263 9193
gowlingwlg.com

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm
which consists of independent and autonomous entities providing services around
the world. Our structure is explained in more detail at gowlingwlg.com/legal

06736727GEN\CAL_LAW\ 3400189\1



We look forward to receiving confirmation that the Post has been removed.

Yours truly,

Gowling WLG (Canada) LLP

Katie Stys

KAS/ph
Encl.

## Halla, Pamela

| | |
|---|---|
| **From:** | notification@info.eshipper.com on behalf of CANADA WORLDWIDE INC. <notification@info.eshipper.com> |
| **Sent:** | July 24, 2019 9:07 AM |
| **To:** | Halla, Pamela |
| **Subject:** | eShipper Notification : Order has been delivered. |

Un message français suit.

Dear Customer,

The shipment you sent to DIRTY WORLD LLC has been delivered.
The details of the order are shown below.

eShipper Internal order #: 7216952
Carrier: UPS
Service: Worldwide Express
Ship To:
DIRTY WORLD LLC
3411 SILVERSIDE ROAD, TATNALL BLDG STE 104
WILMINGTON DE UNITED STATES
19810

Tracking number: 1ZV56A28D390987838
Proof of Delivery: JONES on 2019-07-24 10:13:13.0

Thanks,
- eShipper System.

(This email is auto-generated by the eShipper system. Please do not reply to this email)

This is Exhibit - *B* referred to in the
Affidavit of
PAMELA HALLA
Sworn before me this 24 day
of September A.D. 20 19

A Commissioner for Oaths in and for
the Province of Alberta

NATASHA MOHR
A Commissioner for Oaths
in and for Alberta
My Commission Expires March 11, 20 21

Madame, Monsieur,.

L'envoi que vous avez expédié à DIRTY WORLD LLC a été livré.
Vous trouverez ci-dessous les détails de la commande.

Numéro de commande interne eShipper : 7216952
Transporteur : UPS
Service : Worldwide Express

Numéro de suivi : 1ZV56A28D390987838
Preuve de livraison : JONES le 2019-07-24 10:13:13.0

Avec nos remerciements.
- Système eShipper.

(Ce courriel est produit automatiquement par le système eShipper. Veuillez ne pas y répondre.)

1

1/ 1                                                                      

⚠ **Flooding Impacting Areas of Texas** ...More (/us/en/service-alerts.page?id=alert1)

In (https://www.ups.com/lasso/login?loc=en_US&returnto=https%3A%2F%2Fwww.ups.com%2Ftrack%3Floc%3Den_US%2Fredirect)

**QUICK START** Up (https://www.ups.com/doapp/SignUp?loc=en_US&returnto=https%3A%2F%2Fwww.ups.com%2Ftrack%3Floc%3Den_US%2Fredirect)

Locations (https://www.ups.com/dropoff?loc=en_US)   |   ⊕ United States - English ⌄   |

My choice

# Tracking Details

1ZV56A28D992556628

**Updated:** 09/24/2019 12:52 P.M. EST



# Returning to Sender

This is Exhibit " C " referred to in the
Affidavit of
PAMELA HALLA

Sworn before me this 24 day
of September A.D. 20 19

A Commissioner for Oaths in and for
the Province of Alberta

NATASHA MOHR
A Commissioner for Oaths
in and for Alberta
My Commission Expires March 11, 20 21

⚠ **Attention Needed**

Please select Correct My Address to verify the address and make any necessary corrections.
◎ Correct My Address

**Scheduled Delivery**

Please check back later for scheduled delivery.

🕐 View delivery time window with UPS My Choice®.
Continue ❯ (https://wwwapps.ups.com/doapp/SignUpMyChoice?loc=en_US&returnto=https%3A%2F%2Fwww.ups.com%2Ftrack%3Floc%3Den_US%2Fredirect)

**Ask UPS**

Send Updates

Delivery Options

**UPS Access Point™ Location**
HYPERION CLEANERS
2730 HYPERION AVE
LOS ANGELES, CA, 90027, US

**Hours of Operation**

Mon-Fri: 7:00am-8:00pm
Sat: 7:30am-6:30pm
Sun: 10:00am-4:00pm

We care about the security of your package. Log in () to get more details about your delivery.

## Shipment Progress ⌃

| | | Date | Location | Activity |
|---|---|---|---|---|
| ⊙ | Return | - | - | - |

**Ask UPS**

| | | Date | Location | Activity |
|---|---|---|---|---|
| ④ | **Return to Sender** | **09/11/2019 5:22 P.M.** | **Los Angeles, CA, United States** | **The company or receiver name is incorrect. This will delay delivery. We're attempting to update this information. / The package will be returned to the sender.** |
| | | 09/09/2019  1:52 P.M. | Los Angeles, CA, United States | The company or receiver name is incorrect. This will delay delivery. We're attempting to update this information. / We'll contact the sender or receiver about this delivery. |

**Ask UPS**

| | | Date | Location | Activity |
|---|---|---|---|---|
| | | 09/09/2019  1:48 P.M. | Los Angeles, CA, United States | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. |
| | | 08/28/2019  8:29 P.M. | Los Angeles, CA, United States | The receiver moved, and we're working to get the new delivery address. |
| | | 08/28/2019  1:01 P.M. | Los Angeles, CA, United States | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. |
| ⊕ | Out for Delivery | 08/28/2019  9:20 A.M. | Los Angeles, CA, United States | Out For Delivery Today |
| | | 08/28/2019  5:05 A.M. | Los Angeles, CA, United States | Destination Scan |

**Ask UPS**

| Date | Location | Activity |
|---|---|---|
| 08/27/2019  9:52 P.M. | Los Angeles, CA, United States | The company or receiver name is incorrect. This will delay delivery. We're attempting to update this information. / We will contact the sender. |
| 08/27/2019  1:26 P.M. | Los Angeles, CA, United States | The company or receiver name is incorrect. This will delay delivery. We're attempting to update this information. |
| 08/27/2019  8:44 A.M. | Los Angeles, CA, United States | Out For Delivery Today |
| 08/27/2019  7:12 A.M. | Los Angeles, CA, United States | Destination Scan |

**Ask UPS**

| | Date | Location | Activity |
|---|---|---|---|
| | 08/26/2019 5:46 P.M. | Los Angeles, CA, United States | We've corrected the apartment number, and the package is on its way to the updated address. |
| | 08/23/2019 5:30 P.M. | Los Angeles, CA, United States | UPS will be in your area and will deliver your package a day early. |
| | 08/12/2019 9:55 P.M. | Los Angeles, CA, United States | Missing or incorrect apartment number. We're working to contact the receiver for information. |
| Delivery Attempted | 08/12/2019 11:16 A.M. | Los Angeles, CA, United States | The receiver was not available for delivery. We'll make a second attempt the next business day. |
| | 08/12/2019 8:27 A.M. | Los Angeles, CA, United States | Out For Delivery Today |

**Ask UPS**

| | Date | Location | Activity |
|---|---|---|---|
| | 08/12/2019  6:54 A.M. | Los Angeles, CA, United States | Destination Scan |
| | 08/10/2019  7:07 A.M. | Los Angeles, CA, United States | Arrival Scan |
| | 08/10/2019  6:09 A.M. | Ontario, CA, United States | Departure Scan |
| | 08/09/2019  11:01 P.M. | Los Angeles, CA, United States | Departure Scan |
| Deliver to Original Address Completed | 08/09/2019  7:48 P.M. | Los Angeles, CA, United States | The delivery change was completed. / The package will be delivered to the original receiver's address. |
| | 08/09/2019  7:40 P.M. | Los Angeles, CA, United States | A delivery change for this package is in progress. / The package will be delivered to the original receiver's address. |

**Ask UPS**

| Date | | Location | Activity |
|---|---|---|---|
| 08/09/2019 | 11:02 A.M. | Los Angeles, CA, United States | A delivery change for this package is in progress. / The package will be delivered to the original receiver's address. |
| 08/09/2019 | 10:58 A.M. | Los Angeles, CA, United States | The receiver does not want the product and refused the delivery. |
| 08/09/2019 | 9:05 A.M. | Los Angeles, CA, United States | Out For Delivery Today |
| 08/09/2019 | 5:00 A.M. | Los Angeles, CA, United States | Destination Scan |

**Ask UPS**

| | Date | Location | Activity |
|---|---|---|---|
| | 08/06/2019  1:07 P.M. | Los Angeles, CA, United States | The maximum days to hold the package at the UPS Access Point™ location expired. The package will be returned. |
| Delivered to a UPS Access Point | 07/31/2019  2:16 A.M. | Los Angeles, CA, United States | The pack-age re-mains at the UPS Ac-cess Point™ location and is reaching the maxi-mum days allowed to be held. |
| | 07/25/2019  11:43 A.M. | Los Angeles, CA, US | UPS Access Point™ possession |
| | 07/25/2019  10:25 A.M. | Los Angeles, CA, US | Delivered to UPS Access Point™ |
| | 07/25/2019  9:14 A.M. | Los Angeles, CA, United States | Out For Delivery to UPS Access Point™ |

**Ask UPS**

| Date | Location | Activity |
|---|---|---|
| 07/25/2019  8:24 A.M. | Los Angeles, CA, United States | Destination Scan |
| 07/24/2019  1:00 P.M. | Los Angeles, CA, United States | Customer not in on 1st attempt. Delivery will be made to a UPS Access Point™ next business day for customer pickup. |
| 07/24/2019  9:10 A.M. | Los Angeles, CA, United States | Out For Delivery Today |
| 07/24/2019  7:21 A.M. | Los Angeles, CA, United States | Destination Scan |
| 07/24/2019  5:30 A.M. | Los Angeles, CA, United States | Arrival Scan |
| 07/24/2019  5:00 A.M. | Sylmar, CA, United States | Departure Scan |
| 07/24/2019  4:46 A.M. | Sylmar, CA, United States | Arrival Scan |

**Ask UPS**

| Date | Location | Activity |
|---|---|---|
| 07/24/2019  3:42 A.M. | Louisville, KY, United States | Departure Scan |
| 07/24/2019  1:22 A.M. | Louisville, KY, United States | Import Scan |
| 07/24/2019  12:16 A.M. | Louisville, KY, United States | Arrival Scan |
| 07/23/2019  9:43 P.M. | Sioux Falls, SD, United States | Departure Scan |
| 07/23/2019  9:30 P.M. | Sioux Falls, SD, United States | Departure Scan |
| 07/23/2019  8:36 P.M. | Sioux Falls, SD, United States | Arrival Scan |
| 07/23/2019  8:27 P.M. | Sioux Falls, SD, United States | Arrival Scan |
| 07/23/2019  5:35 P.M. | Calgary, AB, Canada | Departure Scan |
| 07/23/2019  5:02 P.M. | Calgary, AB, Canada | Export Scan |

Shipped

| 07/23/2019  5:02 P.M. | Calgary, AB, Canada | Origin Scan |

**Ask UPS**

| | | Date | Location | Activity |
|---|---|---|---|---|
| | Label Created | 07/23/2019  5:55 P.M. | Canada | Order Processed: Ready for UPS |

## Shipment Details                                                                        ⌃

**Service**

UPS Next Day Air Saver  ↗
(https://www.ups.com/content/us/en/shipping/time/service/index.html)

**Weight**

1.00 LBS

**Alternate Tracking Number(s)**

1ZV56A28D989742923

Show More  +

## 🗔 Track

Help ↗

Track

? **Customer Service**                                                                        +

**This Site**                                                                                  +

**Ask UPS**

## Company Info         +

## Other UPS Sites         +

## Connect with Us         +

## Legal         +

Copyright ©1994- 2019 United Parcel Service of America, Inc. All rights reserved.

**Ask UPS**



RECEIVED
SEP 1 2 2019

# GOWLING WLG

1600, 421 7th Avenue SW
Calgary · Alberta · T2P 4K9 · Canada

BY COURIER

**DIRTY WORLD ENTERTAINMENT RECORDINGS LLC**
4519 Los Feliz Blvd Ste 302
Los Angeles, California USA 90027

6736727GEM/TCB/sk

**DELIVERY**

Place sticker in upper right hand corner of envelope.

| | | |
|---|---|---|
| REGULAR | ☐ | DATE: July 19 |
| RUSH | ☐ | LAWYER TCB |
| DIRECT | ☐ | FILE # 06767276601 |
| CRITICAL | ☐ | |
| OVERNIGHT | ☑ | |
| SLIDE PERMISSION | ☑ | Alberta Express Delivery |
| P.O.D. | | YES ___ NO X ___ |
| PHONE | ( ) ___ ___ | YES X ___ NO ___ |

Stys/Larzex

# Legal FAQs

Welcome to our new and improved legal FAQ page. As the name suggests, we originally created this page to help answer our most frequently asked questions. Our goal was to help make things clearer for people.

Unfortunately our plan backfired. Rather than reducing confusion, the old page was so long and so complicated that very few people actually read it. As a result, we have received more and more emails asking the same questions over and over. It's gotten to the point that we are overwhelmed with emails with hundreds more arriving every day.

99.9% of these emails ask one of the same three basic questions. Accordingly, we have decided to drastically simplify this page by addressing only those three questions. If you have a question that isn't one of the three below, you may want to scroll through the old/longer FAQ page here (https://web.archive.org/web/20160413192054/https://thedirty.com/legal-faqs/). However, to avoid any confusion, effective immediately the policies/procedures described on our old FAQ page are no longer valid.

**Question #1 – Can I Sue TheDirty For Publishing False Information?**  ⌄

**Question #2 – How Can I Remove A Post?**  ⌄

There are two main ways to remove a post:

1.) With a court order; and
2.) Policy violations.

Details for both are explained below.

### COURT ORDERED REMOVALS

Most people ask us to remove posts because they claim the post is false. Unfortunately, we are not the Truth Police. We cannot resolve factual disputes between strangers. Therefore, we will not remove posts simply because one party makes an unproven claim that a post contains false information.

Instead, we generally will not consider removing content unless a court has determined the speech in question is false. However, filing a lawsuit is not always the best solution. For one thing, filing a lawsuit creates a permanent public record of the matter and can have unforeseen harmful consequences (https://en.wikipedia.org/wiki/Streisand_effect). Thus, before you file any lawsuit, you should consult with a lawyer in your area who has substantial experience dealing with Internet law matters. We strongly recommend that you do not take advice from any attorney who does not have experience in this area because the rules which apply to online matters are unique and are not familiar to most lawyers.

If a court determines that a post contains false statements of FACT (opinions cannot be false), we will review the order and, subject to our final editorial discretion, we may remove any false factual content.

If you have obtained a court order that you want us to consider, please email a copy of the order to us at legal@thedirty.com (mailto:legal@thedirty.com?Subject=Court Order Removal Request). Please be aware that we will contact the court to confirm the order, so please don't even think about trying to send us a fake/forged order.

Although it is our policy to comply with any valid/lawful court orders, we can't promise that we will always comply with every order or judgment we receive. Also, to avoid any confusion caused by cases such as Barnes v. Yahoo!, Inc., 570 F.3d 1096 (9th Cir. 2009) (https://scholar.google.com/scholar_case? case=14909212640108844662&hl=en&as_sdt=6&as_vis=1&oi=scholarr), nothing on this page or in our Terms of Service should be construed as a promise to remove any content; removal is always subject to our final editorial discretion.

NOTE — Because we are not liable for third party speech, it is not appropriate for you to name TheDirty.com as a party to a lawsuit you file against the author of a post. If you do name TheDirty as a defendant, we will not consider removal of your post under any circumstances.

ALSO NOTE — The above discussion is offered solely to explain our general policies. It is not intended to constitute legal advice, nor does it represent an exhaustive overview of the law.

### POLICY VIOLATION REMOVALS

If you don't have a court order, you still have other options. We will gladly consider removal requests for content that violates our policies such as:

1.) Child porn;
2.) Revenge porn/explicit nudity (NOTE — a post that doesn't contain explicit nudity is not revenge porn);
3.) Images of minors 13 or under (except when relevant to a news story; i.e., a kidnapping case);
4.) Personal financial information such as social security numbers, bank account numbers, credit card numbers;

If you want us to consider removing content that violates any of the above policies, please send us an email to:legal@thedirty.com (mailto:legal@thedirty.com?Subject=Policy Violation Removal Request - (insert policy type here)). Please modify the subject line of your message to identify which type of policy violation you are reporting; e.g., "Policy Violation Removal Request – Revenge porn".

NOTE — we ONLY consider policy-based removals when the content falls into one of the four categories listed above. Accordingly, we won't consider any request such as: "Policy Violation Removal Request – False post".

This is Exhibit " D " referred to in the
Affidavit of
PAMELA HALLA
Sworn before me this ____ 24 ____ day
of ___September___ A.D. 20 19
_____
A Commissioner for Oaths in and for
the Province of Alberta
NATASHA MOHR
A Commissioner for Oaths
in and for Alberta
My Commission Expires March 11, 20 21

photo (or video) are taken simultaneously. However, if a post doesn't contain any nudity at all, then it's not child porn (a photo of a person in a bathing suit is never porn). In plain English, please don't cry wolf by sending us a child porn report when the post doesn't contain anything pornographic. Fake reports like this are no laughing matter.

Regarding revenge porn — this topic is too long and complicated to fully discuss here. However, if someone has submitted a nude photo of you without your consent, please let us know immediately and we will gladly investigate and remove it if appropriate. Again, do NOT send us fake revenge porn complaints...in other words, if a photo is merely suggestive or mildly embarrassing (but no nudity is shown), or if the post is simply talking about sexual issues, then it's not revenge porn. Revenge porn only applies to nude/pornographic images, so if a post does not show any such images, then it's not revenge porn.

**Question #3 – How Can I Get The Name Of The Author Of A Post?**                          ⌄

## Other Legal Information

| |
|---|
| Copyright (https://thedirty.com/copyright/) |
| Privacy Policy (https://thedirty.com/privacy-policy/) |
| Terms of Service (https://thedirty.com/terms-of-service/) |

**Halla, Pamela**

| | |
|---|---|
| **From:** | Halla, Pamela on behalf of Stys, Katie |
| **Sent:** | July 23, 2019 10:24 AM |
| **To:** | 'legal@thedirty.com' |
| **Subject:** | Court of Queen's Bench Action No. 1901-10085; Website Posting - Secure Energy Services and Erin Gardiner |
| **Attachments:** | LT Dirty World Entertainment Recordings LLC-CAL_LAW-3400843-v1.PDF; Filed Statement of Claim-CAL_LAW-3400425-v1.PDF; Filed Order for Service - Ex Juris - CAL_LAW-3400359-v1.PDF; Notice of Application (Norwich Order)-CAL_LAW-3400786-v1.PDF; Filed Affidavi tof Erin Gardiner-CAL_LAW-3400351-v1.PDF; Order of Madam Justice Woolley (post removal)-CAL_LAW-3400800-v1.PDF |

**Importance:**       High

Please see the attached correspondence and documentation from Katie Stys.

Thank you,

PPamela Halla
*Legal Administrative Assistant*
T +1 403 298 1806
pamela.halla@gowlingwlg.com

 **GOWLING WLG**

Gowling WLG (Canada) LLP
Suite 1600, 421 7th Avenue SW
Calgary AB  T2P 4K9
Canada



gowlingwlg.com

Gowling WLG | 1,400+ legal professionals | 18 offices worldwide

Leading lawyer - Chambers Canada 2019

This is Exhibit "L" referred to in the
Affidavit of
PAMELA HALLA
Sworn before me the __24__ day
of __September__ A.D. 2019
A Commissioner for Oaths in and for
the Province of Alberta

NATASHA MOHR
A Commissioner for Oaths
in and for Alberta
My Commission Expires March 11, 2021

1

**Halla, Pamela**

| | |
|---|---|
| **From:** | Legal Email <legal@thedirty.com> |
| **Sent:** | July 23, 2019 4:19 PM |
| **To:** | Stys, Katie |
| **Subject:** | Re: Court of Queen's Bench Action No. 1901-10085; Website Posting - Secure Energy Services and Erin Gardiner |

We do not attorn to Canadian law.

Thank you for contacting TheDirty.com. We are in receipt of your inquiry regarding a post on TheDirty.com. TheDirty.com hosts third-party content. It is not a creator or mediator of that content. Under the Communications Decency Act of 1996, 47 U.S.C. § 230 websites are not liable for content posted by third parties on the site. It is not the website's role to mediate disputes between users. Nor is it the website's role to perform investigative services or make any factual determinations regarding the truth or accuracy of the content at issue. A claim against a website for hosting third-party content will be summarily dismissed. Fittingly, the leading precedent on that issue is the Sixth Circuit's opinion in Jones v. Dirty World. Also refer to Blockowicz v. Williams case, which held that the CDA provides immunity from suit, not just liability, such that the Dirty cannot even be bound by an injunction.

If you have a legal claim, such as defamation, your claim lies against the author. If you intend to pursue a claim, you should consult with a legal professional who can evaluate the merits of any claims you may have. As there may be certain time deadlines associated with any claims you may have, if you intend to pursue a claim against the author, you should consult with a legal professional as soon as possible. Typically, defamation claims involve the publication of false information. However, even if the information is true, and defamation is not at issue or is not a viable claim, there may be other remedies available to you. There are reputation management companies and/or attorneys who specialize in defamation law that may be able to help you. Some of them have advertisements on our website, or you can hire one of your choosing. It is our understanding that these companies offer fast and affordable solutions for the concerns raised in your letter, often for much less than the cost of a typical lawsuit.

At this time, TheDirty.com will not take any action regarding your removal request. We understand that this is not the result you were hoping for, but based on our analysis of your request, TheDirty.com has no legal obligation to remove the requested content. We wish you the best in your future endeavors.

**You may wish to consider engaging a reputation management consultant or attorney to assist in improving your online reputation. Companies that have worked with TheDirty.com in the past to remove content include:**

- MincLaw.com
- Defamed.com
- OnlineDefamationDefenders.com
- GuaranteedRemovals.com

On Tue, Jul 23, 2019 at 9:24 AM Stys, Katie <katie.stys@gowlingwlg.com> wrote:

Please see the attached correspondence and documentation from Katie Stys.

Thank you,

PPamela Halla
*Legal Administrative Assistant*
T +1 403 298 1806
pamela.halla@gowlingwlg.com



GOWLING WLG

This is ~~exhibit~~ "T" referred to in the
Affidavit of
P. MELA HALLA
Sworn before me this __24__ day
of __September__ A.D. 20 _19_

A Commissioner for Oaths in and for
the Province of Alberta

NATASHA MOHR
A Commissioner for Oaths
In and for Alberta
My Commission Expires March 11, 20 _21_

1

# Exhibit B

I hereby certify this to be a true copy of

the original _Judgment_

Dated this _6_ day of _April 2020_

_P G_

**for Clerk of the Court**

*FILED*
*NOV 27 2019*

| | |
|---|---|
| COURT FILE NO.: | 1901-10085 |
| COURT | Court of Queen's Bench of Alberta |
| JUDICIAL CENTRE | Calgary |
| PLAINTIFF | SECURE ENERGY SERVICES INC. and ERIN GARDINER |
| DEFENDANTS | DIRTY WORLD, LLC, DIRTY WORLD ENTERTAINMENT RECORDINGS LLC, JOHN DOE, JANE DOE, ABC CORPORATION, XYZ CORPORATION |
| DOCUMENT | **DEFAULT JUDGMENT AS AGAINST DIRTY WORLD, LLC, DIRTY WORLD ENTERTAINMENT RECORDINGS LLC** |
| ADDRESS FOR SERVICE AND CONTACT INFORMATION OF PARTY FILING THIS DOCUMENT | Gowling WLG (Canada) LLP 1600, 421 – 7th Avenue S.W. Calgary, AB  T2P 4K9<br><br>Telephone (403) 298-1967 Facsimile (403) 695-3473<br><br>File No. 06736727GEN<br><br>**Attention: Taryn C. Burnett** |

*ENTERED DEC 04 2019*

**UPON** reviewing the Statement of Claim, filed July 22, 2019; **AND UPON** reviewing the Order for Service Ex-Juris granted by the Honourable Justice Woolley on July 22, 2019; **AND UPON** the Plaintiffs having filed an Affidavit of Service on October 30, 2019 providing proof of service of the Statement of Claim on the Defendants Dirty World, LLC and Dirty World Entertainment Recordings, LLC (collectively, **"Dirty World"**), effective July 24, 2019, and demand that Dirty World file a Statement of Defence by no later than October 4, 2019; **AND UPON NOTING** Dirty World not having delivered any Statement of Defence or Demand for Notice within the applicable time after service of the Statement of Claim or the deadline imposed by the Plaintiffs; **AND UPON** the Plaintiffs having filed a Noting in Default of Dirty World on October 30, 2019 pursuant to rule 3.36(1)(b) of the *Alberta Rules of Court*; **AND UPON** the Plaintiffs being entitled

Rev 2.0 (15/11/10)

- 2 -

to enter judgment against Dirty World pursuant to rule 3.37; **AND UPON** reviewing the Affidavit of Erin Gardiner, filed July 22, 2019; **AND UPON** reviewing the Affidavit of Chad Magus, filed November 25, 2019;

**IT IS HEREBY ADJUDGED THAT:**

1.   The Plaintiffs shall recover against Dirty World, a total judgment of $201,633.04, calculated as follows:

     (a)   General damages in the amount of $100,000.00;

     (b)   Punitive damages in the amount of $100,000.00; and

     (c)   Pre-judgment interest on the general damages at the non-pecuniary statutory rate of 4% according to the *Judgment Interest Act*, RSA 2000, c J-1 from June 30, 2019, the date of publication, to November 26, 2019, in the amount of $1,633.04 as calculated in the attached **Schedule "A"**.

| Computation of the Judgment | |
| --- | --- |
| General damages | $100,000.00 |
| Pre-judgment interest on general damages calculated at the non-pecuniary statutory rate from June 30 to November 26, 2019 | $1,633.04 |
| Punitive damages | $100,000.00 |
| **TOTAL JUDGMENT** | **$201,633.04** |

2.   The Plaintiffs are awarded solicitor and own costs against Dirty World, to be assessed.

_____
Master of the Court of Queen's Bench of Alberta

- 3 -

## SCHEDULE "A"

| DATE FROM | DATE TO | PRINCIPAL AMOUNT | INTEREST | PER DIEM | DAYS | INTEREST AMOUNT |
|---|---|---|---|---|---|---|
| 30-Jun-2019 | 26-Nov-2019 | $100,000.00 | 4.00% | $10.96 | 149 | $1,633.04 |

1   STINSON LLP
    PERRY L. GLANTZ - # 226471
2   perry.glantz@stinson.com
    6400 S. Fiddlers Green Circle
3   Suite 1900
    Greenwood Village, Colorado 80111
4   Telephone:     303.376.8400
    Facsimile:     303.376.8439
5
6   Secure Energy Services Inc. and Erin Gardiner

7

8                     SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
                              COUNTY OF LOS ANGELES
10

11  Secure Energy Services Inc. and Erin Gardiner,   | Case No.
    Plaintiffs                                        |
12                                                     | **AFFIDAVIT OF PERRY L. GLANTZ**
13            v.                                       |
                                                       | Honorable
    Dirty World, LLC; Dirty World Entertainment       |
14  Recordings LLC,                                    |
    Defendant                                          |
15                                                     |

16

17         I, Perry Glantz, Partner at Stinson LLP, am over 18 years of age and am competent to
    testify in a court of law. Being first duly sworn, I state as follows:
18         1. As counsel for Secure Energy Services, et al. in the above-referenced matter, hereby
    affirm that I have reviewed the Default Judgement attached to the Complaint and it is a true and
19  accurate copy of the judgement entered by the Court of Queen's Bench Alberta.
20
    AFFIANT SAYS NOTHING FURTHER
21  Dated:  April 7, 2020
                                                STINSON LLP
22
23                                              Perry L. Glantz Atty. No. 226471
                                                6400 S. Fiddlers Green Circle, Suite 1900
24                                              Greenwood Village, CO 80111
                                                Telephone: (303) 376-8400
25                                              perry.glantz@stinson.com
                                                Attorney for Plaintiff
26
27                                              Secure Energy Services Inc. and Erin
                                                Gardiner
28

AFFIDAVIT OF PERRY L. GLANTZ
Case No.

CORE/2069879.0067/158434161.1